JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| FALCON STAINLESS, INC., | ) | SA CV 08-00926 AHS (MLGx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| RINO COMPANIES, INC., ET AL. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 8, 2011 through February 25, 2011, a jury trial was held in this action, the Honorable Alicemarie H. Stotler, District Judge, presiding.  Plaintiff Falcon Stainless, Inc. ("Falcon") appeared by and through its counsel of record, Graham B. Lippsmith of Girardi | Keese and Milord A. Keshishian of Milord & Associates, P.C.  Defendants Rino Companies, Inc., dba Rino Flex Connectors ("Rino"), John Novello individually and dba Performance Sales ("Novello"), Harry Rieger individually and dba Performance Sales ("Rieger") appeared by and through their counsel of record, John H. Horwitz of Schaffer, Lax, McNaughton & Chen, and defendant South Sea Metal, Inc., ("South Sea"),

appeared by and through its counsel of record Howard S. Fredman of Fredman | Knupfer | Lieberman LLP.  On February 25, 2011, the jury returned a general verdict.  On July 21, 2011, after a notice of settlement and stipulation between Falcon and South Sea, South Sea was dismissed with prejudice.  By reason of the general verdict with answers to written questions, Falcon is entitled to judgment against defendants Rino, Novello, and Reiger.

    IT IS THEREFORE ADJUDGED, ORDERED, AND DECREED:

    That Falcon takes Nine Hundred and Ninety Thousand Dollars ($990,000) from defendants Rino, Novello, and Rieger,  together with interest from the date of entry of this judgment, and the costs of this action, to be taxed by the Clerk in the amount of $_____.

    Dated:  August 2, 2011.

                                     _ALICEMARIE H. STOTLER_
                                      **ALICEMARIE H. STOTLER**
                                      **U.S. DISTRICT JUDGE**